· DEPOSIT BANK OF OWENSBORO *v.* DAVIESS COUNTY.  No. 150. Argued with No. 669, *ante,* 636, and by the same counsel.  Decided April 3, 1899.  MR. JUSTICE WHITE: By a written stipulation it is agreed that this cause abide the result of No. 149, *Deposit Bank of Owensboro* v. *Owensboro.* The decree in that case having been affirmed, the same result is therefore necessary in this, and accordingly the decree of the Court of Appeals of Kentucky in this case is also

*Affirmed.*